**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MALCOLM DALEY, SR.,** | ) | |
| **1510 S St., S.E.,** | ) | |
| **Washington, DC 20020** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | **Formerly Case No. 2023 CA 003949 B** |
| **T&B ELECTRIC COMPANY, INC.,** | ) | **Superior Court for the** |
| **2134 Espey Court, #30** | ) | **District of Columbia** |
| **Crofton, MD 21114,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

Defendant T&B Electric Company, Inc. ("Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove the above-captioned matter to this Court.  The grounds for removal are set forth below.

**Nature of Plaintiff's Claim**

1.      On or about July 3, 2023, Plaintiff Malcolm Daley, Sr. ("Plaintiff"), through counsel, filed the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2023 CA 003949 B.  In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2.      The Complaint stems from a Charge of Discrimination filed by Plaintiff with the Equal Employment Opportunity Commission ("EEOC") (EEOC Charge No. 531-2022-02207), alleging he was discriminated and retaliated against by Defendant in violation of Title VII of the Civil Rights Act of 1964, as amended.

## Procedural Posture

3.      Plaintiff was issued a Determination and Notice of Rights by the EEOC on April 4, 2023. *See* EEOC Determination and Notice of Rights to Malcolm Daley, a copy of which is attached hereto as **Exhibit B**.

4.      This action was initiated by Plaintiff on or about July 3, 2023.

5.      The Notice of Removal of this case to the United States District Court is being timely filed by Defendant, pursuant to 28 U.S.C. § 1446(b)(2)(B).

## Parties

6.      Plaintiff alleges in his Complaint that he is an individual residing in the District of Columbia.

7.      Defendant T&B Electric Company, Inc., is a Maryland corporation with its principal place of business in Maryland.

## Jurisdiction and Venue

8.      This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

9.      This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1331.  Section 1331 provides as follows:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

10.      Plaintiff's action arises under an alleged violation of 42 U.S. Code § 2000e–2 (Title VII).

2

11.     Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(a), this Court has original jurisdiction over this action because it arises under a law of the United States.

12.     There are no other defendants or third-parties in this action.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice to Plaintiff.  A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit C**.

14.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant T&B Electric Company, Inc., hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 31ˢᵗ day of July 2023.

Respectfully submitted,

/s/ Alan S. Block, Esq.
Alan S. Block, Esq. #431010
Kiernan Trebach LLP
1233 20ᵗʰ St. NW
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile:  (202) 712-7000
Email:  ablock@kiernantrebach.com
*Counsel for Defendant T&B Electric Company, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of July, 2023, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

Malcolm Daley, Sr.
1510 S St., S.E.
Washington, D.C. 20020
*Pro Se*

/s/ Alan S. Block, Esq._____
Alan S. Block, Esq. #431010
Kiernan Trebach LLP
1233 20th St. NW
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile:  (202) 712-7000
Email:  ablock@kiernantrebach.com
*Counsel for Defendant T&B Electric Company, Inc.*

4